UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRESA D. EVANS BEAVERS,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 13-cv-132-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 22) of Magistrate Judge Clifford J. Proud recommending that the Court reverse the final decision of Carolyn W. Colvin, Acting Commissioner of Social Security, ("Commissioner") denying plaintiff Tresa D. Evans Beavers' application for Supplemental Security Income ("SSI") benefits and remand this matter for rehearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).   The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.   The Court has reviewed the entire file and finds that the Report is not clearly erroneous.   Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 22);

- **REVERSES** the final decision of the Commissioner denying Evans Beavers' application for SSI benefits;

- **REMANDS** the case to the Commissioner for rehearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

IT IS SO ORDERED.
DATED:   September 13, 2013

                                         s/J. Phil Gilbert
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**